| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nexus Bankruptcy<br>Benjamin Heston<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>**Attorney for Debtor**<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: |
|---|---|
| Anita Jane Wallace | CHAPTER: 7 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s) | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct.

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/20/2025    Anita Jane Wallace
                     Printed name of Debtor 1

                                                                 /s/ Anita Jane Wallace
                                                                 Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 1                       F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>*Check only ONE box below*</u>):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                          Printed name of Debtor 2                Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 2                        **F 1002-1.EMP.INCOME.DEC**