Certificate Number: 14912-CAC-DE-040043828

Bankruptcy Case Number: 25-12023



14912-CAC-DE-040043828

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2025, at 1:07 o'clock PM EDT, Anita Wallace completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  September 2, 2025    By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor